UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-21829-CIV-BANDSTRA

MARTHA SMITH,
And all other similarly situated,

    Plaintiff,

vs.

**CONSENT CASE**

MAYRA'S ALF #3, INC.
JULIANA CHALA,

    Defendant.
_____/

## FINAL JUDGMENT

This cause having come before the Court for jury trial and the jury having reached a verdict in Plaintiff's favor, the Court hereby enters Final Judgment in the total amount of $37,934.08 pursuant to the jury verdict and the provisions of 29 U.S.C. §216(b).

DONE at Miami, Florida this ___15th___ day of May, 2009.

                                          Ted E. Bandstra
                                      United States Magistrate Judge

Copies furnished to:

All counsel of record