UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21829-CIV-O'SULLIVAN
(CONSENT)

MARTHA SMITH,
    Plaintiff,
v.

MAYRA'S ALF #3, INC., and
JULIANA CHALA,
    Defendants.
_____/

## SUGGESTION OF BANKRUTPCY

NOTICE IS HEREBY GIVEN, that on June 27, 2016, Defendant, Juliana Chala, filed a voluntary Petition under Chapter 7, of the U.S. Bankruptcy Code.

As a result of the filing of this petition, certain acts and proceedings against the Debtor as stayed as provided in 11 U.S.C. 362(a). The Bankruptcy Case Number is 16-18788.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Juan A. Sanchez
    _____
    Juan A. Sanchez, Esq

## SERVICE LIST

CASE NO. 08-21829-CIV-O'SULLIVAN

Served via Notices of Electronic Filing Generated by CM/ECF:

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141