UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-21829-CIV-O'SULLIVAN

MARTHA SMITH *and all others similarly    )
situated under 29 U.S.C. § 216(b)*,        )
                                           )
                 Plaintiff,                )
         vs.                               )
                                           )
MAYRA'S ALF #3, INC.,                      )
JULIANA CHALA,                             )
                                           )
                 Defendants.               )
_____)

**<u>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL DEPOSITION IN AID OF EXECUTION DUCES TECUM OF 30(b)(6) CORPORATE REPRESENTATIVE OF CORPORATE DEFENDANT AND FOR FEES AND COSTS</u>**

This matter came before the undersigned regarding Plaintiff's above-described Motion, and the Court being advised in the premises, it is ORDERED AND ADJUDGED that Plaintiff's Motion is hereby granted as follows:

a. THE 30(b)(6) CORPORATE REPRESENATIVE OF THE CORPORATE DEFENDANT, MAYRA'S ALF #3, INC., SHALL APPEAR FOR DEPOSITION AT PLAINTIFF'S COUNSEL'S OFFICE, 300 71ST STREET, SUITE 605, MIAMI BEACH, FLORIDA 33141 ON **TUESDAY, MARCH 6, 2018 at 10:00 AM** AND BRING ALL RESPONSIVE DOCUMENTS TO THE DEPOSITION AS PER THE SUBPOENA SERVED ON SAME;

b. THE PLAINTIFF SHALL SERVE A COPY OF THIS ORDER ON THE CORPORATE DEFENDANT AT LEAST TWO (2) WEEKS PRIOR TO THE DEPOSITION DATE. THE PLAINTIFF SHALL FILE A NOTICE OF THE SERVICE WITH THE COURT.

c. THE FAILURE OF THE DEFENDANT'S CORPORATE REPRESENTATIVE TO APPEAR AT THE MARCH 6, 2018 DEPOSITION **MAY RESULT IN SANCTIONS INCLUDING A FINDING OF CONTEMPT OF COURT AND THE IMPOSITION OF MONETARY SANCTIONS**.

DONE AND ORDERED in Chambers at Miami, Florida, this **26TH** day of JANUARY, 2018.

*[signature]*
JOHN J. O'SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record

(VIA U.S. MAIL)
MAYRA's ALF #3, INC.
ATTN.: JULIANA CHALA
3110 NW 4 TERRACE
MIAMI, FL 33125
(305) 370-2405